IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-02459-WJM-MEH

SHEREE MATOUSEK,

    Plaintiff,

v.

CITY OF LITTLETON,

    Defendant.

---

**MINUTE ORDER**

---

**Entered by Michael E. Hegarty, United States Magistrate Judge, on January 31, 2013.**

    The Stipulated Motion for Protective Order [filed January 30, 2013; docket #14] is **granted**. The proposed Protective Order is accepted, issued and filed contemporaneously with this minute order.